IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : 1:20CR318-1 |
| DONALD CHRISTIAN MARTYN | : |

The United States Attorney charges:

On or about November 8, 2016, in the County of Durham, in the Middle District of North Carolina, DONALD CHRISTIAN MARTYN, an alien, cast a vote in an election held for the purpose of electing a candidate for the office of President, Vice President, Member of the United States Senate, and Member of the United States House of Representatives; in violation of Title 18, United States Code, Section 611.

DATED: August 13, 2020

_____
MATTHEW G.T. MARTIN
United States Attorney

_____
STEPHEN T. INMAN
Assistant United States Attorney